UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE:                                                                        CHAPTER 13 PROCEEDING:
MARIA PAIZ                                              05-20795-C-13
DEBTOR

### TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

    COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

    1.  Debtor filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Friday, May 27, 2005.

    2.  This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

    3.  Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

    4.  Trustee has been unable to locate the following creditor at the address listed below.

        BARGAS AND RODRIGUEZ
        1127 SECOND
        CORPUS CHRISTI, TX  78401

    5.  As a result, funds owed to the creditor in the amount of $1,317.81 by the above referenced Debtor should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted:  Mon, March 28, 2011

*Cindy Boudloche*

Cindy Boudloche
Chapter 13 Trustee
555 N. Carancahua  Ste 600
Corpus Christi, TX  78401-0823
(361) 883-5786

#109

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 PROCEEDING: |
| MARIA PAIZ | 05-20795-C-13 |
| DEBTOR | |

### CERTIFICATE OF SERVICE

I, Cindy Boudloche, do hereby certify that on Mar 28, 2011, a copy of the foregoing Trustee's Motion to Pay Funds into the Court Registry was served electronically or by United States Mail to the parties listed below:

*Cindy Boudloche*

Cindy Boudloche, Chapter 13 Trustee

| | |
|---|---|
| MARIA PAIZ | VIVIANA S CAVADA |
| 418 AVE B | LAW OFFICES OF VIVIANA CAVADA |
| SINTON, TX  78387 | 4646 CORONA STE 165 |
| | CORPUS CHRISTI, TX  78411 |
| | |
| BARGAS AND RODRIGUEZ | |
| 1127 SECOND | |
| CORPUS CHRISTI, TX  78401 | |